```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

           NOV 04 2015
            AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```



**Magistrate Judge Clerks**

All Sites     ADV

Clerk's Office > Magistrate Judge Clerks > Passports, IDs & Other Documents > Wulf, Jonathan Brent

## Passports, IDs & Other Documents: Wulf, Jonathan Brent

New Item | Edit Item | Delete Item | Workflows | Alert Me | Version History

| | |
|---|---|
| **Office** | Seattle |
| **Defendant Name** | Wulf, Jonathan Brent |
| **Received From** | |
| **Date** | 11/4/2015 |
| **Case #** | 2:15-cr-332-RAJ |
| **Item type?** | Passport or identification |
| **Item** | U.S. Passport |
| **Quantity** | 1 |
| **Passport #** | |
| **Expiration Date** | 2/29/2012 |
| **Judgment Date** | |
| **Notice of Intent** | |
| **Order Release** | |
| **Returned to** | |
| **Return Date** | |
| **Picked up?** | |
| **Certified Mail #** | |
| **Comments/Events** | |
| **First Letter Index** | W |
| **Audit** | |
| **Received by Finance/Mag Team?** | Yes |
| **Returned to Mag Clerks?** | No |
| **Fugitive?** | No |
| **Receipt Number** | |
| **Exempt from Policy** | No exemption. Exempt from policy... |
| **Label** | |
| **Barcode** | |