Judge Ricard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN BRENT WULF,<br><br>Defendant. | NO. CR 15-00332RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF BOND FOR TEMPORARY TRAVEL |

The Court, having considered defendant's Unopposed Motion to Temporarily Modify Conditions of Bond, and the records and files herein, and finding good cause, it is hereby

ORDERED that Mr. Wulf's Appearance Bond be temporarily modified to allow him to travel to Sacramento, California, leaving on Friday, April 15, 2016, and returning on Monday, April 18, 2016. All other conditions of the Bond remain the same.

DATED this 28th day of March, 2016.

_/s/ Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO TEMPORARILY
MODIFY CONDITIONS OF BOND  - 1
(*Jonathan Brent Wulf*, CR 15-00332RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**