\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

JUDGE RICHARD A. JONES

JUL 18 2016   JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                                 DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00332RAJ |
| Plaintiff, | NOTICE OF FILING PHYSICAL MATERIALS |
| v. | |
| JONATHAN BRENT WULF, | |
| Defendant. | |

Jonathan Brent Wulf, through counsel, hereby gives notice that one DVD is being filed in physical form with the Clerk of the Court as Exhibit E to Defendant's Sentencing Memorandum, which was electronically filed under seal on July 15, 2016. The DVD will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 15th day of July, 2016.

Respectfully submitted,

s/ *Kyana Givens*
Assistant Federal Public Defender
Attorney for Jonathan Brent Wulf

NOTICE OF FILING PHYSICAL
MATERIALS (DVD)
(*Jonathan Brent Wulf*, CR15-00332RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(*Jonathan Brent Wulf*, CR15-00332RAJ) - 2                           (206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties. I further certify I have served all parties with a copy of the DVD.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

NOTICE OF FILING PHYSICAL
MATERIALS (DVD)
(*Jonathan Brent Wulf*, CR15-00332RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

