The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BRENT WULF,<br><br>Defendant. | NO. CR15-332RAJ<br><br>ORDER GRANTING MOTION TO SEAL |
|---|---|

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. #39) is GRANTED. The Government's Exhibit to its Sentencing Memorandum filed under Dkt. #40 shall be sealed and shall remain sealed.

DATED this 22nd day of July, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Wulf* / CR15-332RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970