UNITED STATES DISTRICT C15-2OURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, | CASE NO. CR15-332 RAJ |
| Plaintiff, | NOTICE OF INTENT TO FORWARD PASSPORT |
| v. | |
| JONATHAN BRENT WULF, | |
| Defendant. | |

The United States of America passport of the above named defendant was ordered surrendered to the Court pursuant to a special condition of the appearance bond, and posted with the Clerk on November 4, 2015. Judgment was entered in this matter on July 28, 2016, (dkt #50).

Absence any objections, the Clerk will forward—without additional notice—the defendant's passport to The Department of State thirty (30) days from the date of the filing of this notice. Objections to the return of the passport to The Department of State should be directed to the Court in the form of a motion, and should include the alternative action requested as well as a proposed order.

NOTICE OF INTENT TO FORWARD PASSPORT - 1

Dated this 10th day of November 2016

        /s/WILLIAM M. McCOOL
        William M. McCool
        District Court Executive/Clerk of Court

        /s/AGALELEI ELKINGTON
        Agalelei Elkington
        Deputy Clerk

NOTICE OF INTENT TO FORWARD PASSPORT - 2