The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN BRENT WULF, <br><br> Defendant. | CASE NO. CR15-332 RAJ <br><br> **GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PASSPORT TO DEFENSE COUNSEL** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant United States Attorney, files this Response to defendant Jonathan Brent Wulf's Objection to Forwarding of Passport to Department of State and Motion for Return to Defense Counsel.

//
//
//

GOVERNMENT'S RESPONSE TO MOTION FOR
RETURN OF PASSPORT TO DEFENSE COUNSEL - 1
*U.S. v. WULF*/CR15-332 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The government does not oppose the Defendant's motion.

2  DATED: November 21, 2016.

4          Respectfully submitted,

5          ANNETTE L. HAYES
6          United States Attorney

7          *s/ Matthew P. Hampton*
         MATTHEW P. HAMPTON
8          Assistant United States Attorneys
9          United States Attorney's Office
         700 Stewart Street, Suite 5220
10          Seattle, Washington 98101-1271
11          Phone: (206) 553-7970
         Fax: (206) 553-2502
12              Email: matthew.hampton@usdoj.gov

GOVERNMENT'S RESPONSE TO MOTION FOR
RETURN OF PASSPORT TO DEFENSE COUNSEL - 2
*U.S. v. WULF*/CR15-332 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/Emily Miller*
EMILY MILLER
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2267
FAX:   (206) 553-0755
E-mail: emily.miller@usdoj.gov

GOVERNMENT'S RESPONSE TO MOTION FOR
RETURN OF PASSPORT TO DEFENSE COUNSEL - 3
U.S. v. WULF/CR15-332 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970