JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00332RAJ |
| Plaintiff, | ORDER GRANTING MOTION FOR RETURN OF PASSPORT TO DEFENSE COUNSEL |
| vs. | |
| JONATHAN WULF, | |
| Defendant. | |

THIS MATTER having come before the Court on the Defendant's Objection to Forwarding of his Passport to the Department of State, and Motion for Return to Defense Counsel, and the Court having reviewed the files and records, together with the Government's non-opposition, it is

ORDERED that Defendant's Motion (Dkt. #52) is GRANTED.  Mr. Wulf's passport shall be returned to defense counsel, who will take custody of it and, in turn, return it to Mr. Wulf when he is released from the custody of the Bureau of Prisons.

DATED this 22nd day of November, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR RETURN OF PASSPORT TO
DEFENSE COUNSEL - 1
(*Jonathan Wulf*; CR16-00332RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**