JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-332RAJ |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | ) ) | |
| JONATHAN B. WULF, | ) ) | |
| Defendant. | ) ) | |

Upon the motion of the Defense to file an Overlength Motion for Compassionate Release in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that the motion (Dkt. #56) is GRANTED and leave of court is hereby granted for the defendant to file a Motion for Compassionate Release not to exceed 19 pages.

IT IS SO ORDERED.

DATED this 1st day of June, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF
(*Jonathan Wulf*; CR15-332RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100