The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN BRENT WULF,

Defendant.

NO. CR15-332 RAJ

ORDER GRANTING MOTION TO SEAL EXHIBITS D AND E TO UNITED STATES' RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3852(c)(1)

This matter has come before the Court on the motion to seal Exhibits D and E to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1).   The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits D and E to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1), due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #62) is GRANTED. Exhibits D and E to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) shall remain sealed until further Order of the Court.

DATED this 5th day of June, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Wulf*, CR15-332 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970