THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-332RAJ |
| Plaintiff, | ) | |
| | ) | ORDER TO PRODUCE WITNESSES |
| v. | ) | |
| JONATHAN WULF, | ) | |
| Defendant. | ) | |

A motion for compassionate release having been made, and the Court having granted an evidentiary hearing thereon,

IT IS HEREBY ORDERED that the Bureau of Prisons shall make the following witnesses available to give testimony by telephone on August 4, 2020, beginning at 9:00 a.m. (with the witnesses to appear separately to maintain the necessary social distancing requirements):

1) Jonathan Wulf, 44886-086

2) Lonnie Ben, 69141-051

3) Randy Zacherle, 11782-085

The Court will provide the Bureau of Prisons with call-in instructions for this hearing.

DATED this 31st day of July, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER TO PRODUCE WITNESSES
(*Jonathan Wulf*; CR15-332RAJ) - 1