THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-332RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JONATHAN WULF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant Jonathan Wulf's Motion for Compassionate Release. Dkt. 57. The Court previously set an evidentiary hearing for Tuesday, August 4, 2020, at 9:00 a.m. This Court has considered the United States' Supplemental Response to Defendant's Motion for Compassionate Release (Dkt. 76) and Defendant's Supplemental Reply (Dkt. 77). The Government has conceded that the combination of Mr. Wulf's risk factors and the current pandemic meet the requirements of extraordinary and compelling reasons to justify release. Based upon these submissions, the sole question remaining is whether that reduction is appropriate in light of the §3553(a) factors including whether he can safely be released into the community and the ability of supervision to mitigate the danger he poses to the community if he is released.

In light of the narrow matters left for resolution, the Court STRIKES the evidentiary hearing as to the witnesses previously identified by the government and

ORDER - 1

Mr. Wulf.  Instead, the Court directs that United States Probation Officer Michael Markham, the probation officer who would be assigned to supervise Mr. Wulf should the Court grant his immediate release, be available for examination regarding the ability of United States Probation to mitigate any danger Mr. Wulf would pose to others and to the community should the Court order his release.

The date and time of the hearing remain unchanged and the hearing will be held telephonically, with Mr. Wulf participating by telephone. After hearing from Mr. Markham, the Court will then consider argument by counsel before making its determination.

DATED this 3rd day of August, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2